IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH BROWN,
ADC #138611                                                                                     PLAINTIFF

v.                                    4:10CV00253JMM/JTK

LEROY BROWNLEE, et al.                                                              DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to proceed in forma pauperis is DENIED, and plaintiff's complaint against defendants is DISMISSED without prejudice to re-file after exhaustion of his available remedies. This dismissal shall be considered a "strike" within the meaning of the PLRA.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this  17  day of  May , 2010.

_____
UNITED STATES DISTRICT JUDGE