IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH BROWN,
ADC #138611                                                                                                PLAINTIFF

v.                                         4:10CV00253JMM/JTK

LEROY BROWNLEE, et al.                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this  17  day of  May , 2010.

_____
UNITED STATES DISTRICT JUDGE